based upon a percentage cost of the improvement and each district bore its proper share and no more. Appellants' complaint on this basis is without substantial merit.

A number of complaints which we have not mentioned are contained in the brief but they are not found to be of such a character as to require specific discussion. No prejudicial error is found in the record and the judgment is

AFFIRMED.

H. R. HOWE ET AL., APPELLANTS, V. CITY of AUBURN ET AL., APPELLEES.

C. L. MYERS ET AL., APPELLANTS, V. CITY OF AUBURN ET AL., APPELLEES.

FILED APRIL 21, 1923.  No. 22817:

APPEAL from the district court for Nemaha county: JOHN B. RAPER, JUDGE. *Affirmed.*

Kelligar & Ferneau, for appellants.

Heard before MORRISSEY, C. J., ROSE, DEAN, DAY and GOOD, JJ.

MORRISSEY, C. J.

The appeal in this case involves the validity of special assessments made against the property of the appellants situated in paving district No. 4 in the city of Auburn. The issues presented are substantially the same as those in the case of *Schreifer v. City of Auburn, ante,* p. 179 The cause is controlled by the opinion and judgment in that case, and, on the authority thereof, the judgment of the lower court is

AFFIRMED.

WILLIAM H. BOUSFIELD ET AL., APPELLANTS, V. CITY of AUBURN ET AL., APPELLEES.

FILED APRIL 21, 1923.  No. 22818.

APPEAL from the district court of Nemaha county: JOHN B. RAPER, JUDGE. *Affirmed.*

Seymour v. Standard Live Stock Commission Co.

*Kelligar & Ferneau,* for appellants.

*H. A. Lambert* and *Ernest F. Armstrong,* contra.

Heard before MORRISSEY, C. J., ROSE, DEAN, DAY and GOOD, JJ.

MORRISSEY, C. J.

The appeal in this case involves the validity of special assessments made against the property of the appellants situated in paving district No. 6 in the city of Auburn. The issues presented are substantially the same as those in the case of *Schreifer v. City of Auburn, ante,* p. 179. The cause is controlled by the opinion and judgment in that case, and on the authority thereof, the judgment of the lower court is

AFFIRMED.

---

GEORGE N. SEYMOUR, APPELLANT, V. STANDARD LIVE STOCK COMMISSION COMPANY ET AL., APPELLEES.

FILED APRIL 21, 1923.   No. 22330.

**Chattel Mortgages:** WAIVER OF LIEN. "Where a mortgagee of chattels authorizes the mortgagor to sell the property described in the mortgage at private sale, and with the proceeds pay the mortgage debt, and the sale is accordingly made, the mortgagee has thereby waived his lien." *Drexel v. Murphy,* 59 Neb. 210.

APPEAL from the district court for Dodge county: FREDERICK W. BUTTON, JUDGE. *Affirmed.*

*Williams & Kryger* and *J. A. Donohoe,* for appellant.

*Dolezal, Spear & Mapes,* contra.

Heard before MORRISSEY, C. J., LETTON, ROSE and DEAN, JJ.; BEGLEY, District Judge.

LETTON, J.

This action is brought against the Standard Live Stock Commission Company and the Idlewild Farm Company for conversion of certain property covered by a chattel mortgage in favor of the plaintiff. The defense is release of the mortgage lien by permission given the mortgagor